JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STEWART JORDAN, | Case No. EDCV 19-1883 DDP (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVID HOLBROOK, Warden, | |
| Respondent. | |

Pursuant to the Court's Order of Dismissal,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: September 28, 2021

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE